**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ADELLA PIRCHARDO, individually,**
**and as class representative,**

                **Plaintiff,**

-vs-                              Case No.  6:07-cv-1118-Orl-31UAM

**JEANNE B. LeCLERCQ, and GENERAL**
**ELECTRIC CAPITAL CORPORATION, d/b/a:**
**Care Credit, Inc.,**
**d/b/a:  GE Money Bank,**

                **Defendants.**

_____

## ORDER

Upon consideration of the Plaintiff's response (Doc. 24) to this Court's order (Doc. 23) requiring briefing as to the existence of jurisdiction over this dispute, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE** due to a lack of subject matter jurisdiction.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 15, 2007.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party